Petition of S. Augustus Arnold & others in the Matter of Darius Sessions.

Upon the filing of a petition by creditors of an insolvent for the appointment of a new assignee of his assets, in the place of the original assignee, deceased, notice of the pendency of the petition must be given by the clerk to the creditors of the insolvent, by advertisement for three weeks, before the court will act, in analogy to the notice required by statute upon an original petition for the benefit of the insolvent act.

Petition of creditors of Darius Sessions, an insolvent, to whom, at the September term of this court, 1851, had been granted the benefit of the "act for the relief of insolvent debtors," for the appointment of a new assignee in the place of Sylvester Hartshorn, deceased, originally appointed assignee upon the granting of the insolvent's petition.

*Randolph*, for the petitioner.

The Court ordered the clerk to give notice of the pendency of the petition, by advertisement for three weeks next before their acting upon it, in analogy to the statute notice required upon the filing of an original petition for the benefit of the insolvent act; the appointment of an assignee being incidental to the granting of such a petition.